# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FLORETIA USSIN AND AUDREY
MAJOR

NO.  2019 CW 1342

VERSUS

WAFFLE HOUSE, INC., WH
CAPITAL, LLC AND JOHN DOE

**FEB 1 8 2020**

---

In Re:    Waffle House, Inc., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2017-508.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> TMH
> AHP
> WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT